GREATER BATON ROUGE PORT COMMISSION, and Cargill, Incorporated, Appellants,

v.

UNITED STATES of America and Federal Maritime Board, Appellee.

No. 18006.

United States Court of Appeals
Fifth Circuit.

Sept. 14, 1961.

On Petition for Rehearing

Before TUTTLE, Chief Judge, and CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

It is ordered that the petition for rehearing filed in the above styled and numbered cause be, and the same is hereby denied without prejudice to the petitioners' right, if any, to request mitigation of any penalty for which they may be liable, 287 F.2d 86.

UNITED STATES of America

v.

Joseph P. MAUGERE, Appellant.

No. 13547.

United States Court of Appeals
Third Circuit.

Argued Sept. 18, 1961.

Decided Sept. 25, 1961.

Joseph P. Maugere pro se.

David M. Satz, Jr., U. S. Atty., Trenton, N. J., Paul T. Smock, Asst. U. S. Atty., Newark, N. J., for appellee.

Before GOODRICH, McLAUGHLIN and HASTIE, Circuit Judges.

PER CURIAM.

This appeal presents to the Court no substantial question of law or fact.

The judgment of the district court will be affirmed.